**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                CASE NO. 06-20291
                                                HON. LAWRENCE P. ZATKOFF

GEORGE DUNCAN,

      Defendant.
_____/

**ORDER GRANTING DEFENDANT'S EMERGENCY MOTION FOR BOND REVIEW**

The Court HEREBY GRANTS Defendant George Duncan's July 7, 2006 Emergency Motion for Bond Review.  Additionally, the Court HEREBY CANCELS the June 22, 2006 arrest warrant regarding Defendant.  The Court will address the issue of Defendant's bond at Defendant's plea hearing on July 20, 2006 at 10 a.m.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: July 10, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 10, 2006.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290